UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEVIN LEE McCULLOM,

    Plaintiff,

  v.

SEAN WHENT, et. al.,

    Defendants.

Case No. 16-cv-1249-TEH

JUDGMENT

For the reasons set forth in the Order of Dismissal, Judgment is entered in favor of Defendants. Plaintiff shall take nothing by way of his Complaint.

IT IS SO ORDERED AND ADJUDGED.

Dated: 6/28/2016

                              */s/ Thelton E. Henderson*
                              THELTON E. HENDERSON
                              United States District Judge

G:\PRO-SE\TEH\CR.16\McCullom1249.jud.docx